**Order entered September 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00324-CR

### MARK CLIFT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-85128-2012**

## ORDER

We **GRANT** the State's September 4, 2013 first motion for extension of time to file the State's brief.  The State's brief tendered to the Clerk of the Court on September 4, 2013 is **DEEMED** timely filed as of the date of this order.


/s/      DAVID EVANS
JUSTICE